UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                  Criminal No. 08-cr-12-01-PB

<u>Jayda Ramirez</u>

      The defendant has moved to continue the July 8, 2008 trial in the above case. Defendant cites the need for additional time for the parties to complete their efforts to negotiate a non-trial disposition or otherwise prepare for the trial or other disposition of the case. The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to complete their efforts to negotiate a non-trial disposition or otherwise prepare for trial or other disposition of the case, the court will continue the trial from July 8, 2008 to August 19, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until July 31, 2008 at 3:45 PM.

SO ORDERED.

June 30, 2008 /s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

cc: Clyde Garrigan, Esq.
Bjorn Lange, Esq.
U. S. Probation
U. S. Marshal